No. 65. FAIRBANKS *v.* UNITED STATES. January 16, 1939. The motion for leave to file a petition for rehearing is granted, and the petition for rehearing is also granted. The order denying certiorari, *ante,* p. 605, is vacated, and the petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. It is ordered that the entry of judgment herein by the United States District Court for the Southern District of California, Central Division be, and it hereby is, stayed until further order of the Court. *Messrs. Arthur F. Driscoll* and *William Stanley* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs.*

668

*Sewall Key* and *A. F. Prescott* for the United States.